UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE LUIS QUERINO DOS SANTOS (A-213-623-641),

Petitioner,

v.

CALIFORNIA CITY CORRECTIONS CENTER, et al.,

Respondents.

Case No. 1:26-cv-02569-DC-JDP (HC)

ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS

(Doc. No. 19)

Petitioner, an immigration detainee, filed this amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 9.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 7, 2026, the magistrate judge filed amended findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (Doc. No. 19.) Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The amended findings and recommendations filed October 7, 2026 (Doc. No. 19), are ADOPTED;
2. Petitioner's amended petition for writ of habeas corpus (Doc. No. 9) is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 26, 2026**

Dena Coggins
United States District Judge